IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STACY FIORE<br><br>        Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>        Defendant | Civil Action No. **10-61082-CIV-COHN/SELTZER** |

## NOTICE OF SETTLEMENT

The parties herein, by and through counsel, notify this Court of the settlement of this matter. A notice of dismissal will be filed within thirty (30) days upon exchange of the final settlement documents.

|  |  |
|---|---|
|  | /s/ Ronald S. Canter |
| /s/ J. Dennis Card | Ronald S. Canter, Esquire |
| J. Dennis Card, Jr., Esquire | Bar #335045 |
| Bar # 0487473 | 11300 Rockville Pike, Suite 1200 |
| Card & Glenn, PA | Rockville, MD 20852 |
| 2501 Hollywood Blvd., Suite 100 | Telephone: 301-770-7490 |
| Hollywood, FL 33020 | Facsimile: 301-770-7493 |
| Telephone (954)-921-9994 | E-Mail: rcanter@roncanterllc.com |
| Facsimile (954) 921-9553 | Attorney for Defendant |
| E-Mail: DCard@cardandglenn.com |  |
| Attorneys for Plaintiff | 400 S. Dixie Hwy #322 |
|  | Boca Raton, FL 33432 |
|  | Local Address |

1

/s/ Ronald S. Canter
_____
Ronald S. Canter, Esquire
Attorney for Defendant