UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61082-CIV-COHN/SELTZER

STACY FIORE,

    Plaintiff,

vs.

GLOBAL CREDIT & COLLECTION
CORPORATION,

    Defendant.
_____/

ORDER CANCELING SCHEDULING CONFERENCE

THIS CAUSE is before the Court *sua sponte*. The parties having filed a notice indicating that they have settled this matter (DE 9), it is hereby ORDERED that the Scheduling Conference set for July 30, 2010, is CANCELED and will be reset should the settlement not be finalized.

DONE AND ORDERED in Fort Lauderdale, Florida, this 29th day of July 2010.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

Counsel of record and
unrepresented parties