IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STACY FIORE<br><br>    Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>    Defendant | Civil Action No. **10-61082-CIV-COHN/SELTZER** |

**STIPULATION OF DISMISSAL**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will pay their own costs, expenses and attorney fees.


CARD & GLENN, PA

/s/ Andrew L. Glenn
Andrew I. Glenn, Esquire
J. Dennis Card, Jr., Esquire
2501 Hollywood Blvd., Suite 100
Hollywood, FL  33020
Attorney for Plaintiff

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone:  301-770-7490
Facsimile:  301-770-7493
E-Mail:  rcanter@roncanterllc.com
Attorney for Defendant