UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61082-CIV-COHN

STACY FIORE,

Magistrate Judge Seltzer

    Plaintiff,

vs.

GLOBAL CREDIT AND COLLECTION CORP.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal [DE 11]. The Court being informed that the parties have settled all claims in this action, it is **ORDERED AND ADJUDGED** that the parties' Stipulation of Dismissal [DE 11] is hereby **GRANTED**. The above-styled action is therefore **DISMISSED WITH PREJUDICE**, each party to bear their own costs, expenses and attorney's fees. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of September, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF